UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:12-CV-108-JAR |
| JAMES L. WATTS, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Court is advised that the United States has no objection to administrative closure of this case provided it retain jurisdiction should further enforcement of the permanent injunction become necessary.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively close the above-captioned case.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over this action for purposes of enforcing the default judgment and order of permanent injunction.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

Dated this 29th day of October, 2014.